# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**JENNIFER SHAFER, et al.**

    **Plaintiff,**

                                             **Case No. 1:16-CV-01468**

**v.**

                                             **Judge Solomon Oliver, Jr.**

**UNITED OF OMAHA LIFE**
**INSURANCE COMPANY, et al.**

    **Defendants.**

## ORDER

This matter initially came before the Court upon the joint motion of the parties (ECF 30), pursuant to Rule 62.1 of the Federal Rules of Civil Procedure, asking this Court to indicate its willingness to accept the limited remand from the Court of Appeals and proceed to vacate the final judgment entered in this action on October 31, 2017 (ECF No. 28), and the Orders incorporated therein (ECF Nos. 19, 27).

The Court granted the motion and entered an Order, finding that if the case were to be remanded to it by the Court of Appeals for the Sixth Circuit, it would grant the relief requested. (ECF 31) The Sixth Circuit subsequently remanded the case to this Court to effectuate the vacatur. (ECF 32)

IT IS, THEREFORE, ORDERED BY THE COURT that the final judgment entered in this action on October 31, 2017 (ECF No. 28), and the Orders incorporated therein (ECF Nos. 19, 27), are hereby VACATED.

1

*Case No. 1:16-CV-01468, Shafer, et al., v United of Omaha Life Insurance Company, et al.*

ENTERED this __26th__ day of _____April_____, 20__18__.

                                             */s/ Solomon Oliver, Jr.*
                                             Solomon Oliver, Jr.
                                             United States District Court Judge